United States District Court
For the District of Maryland

United States of America

v.                                                                    Case No. 1:19:CR:00412 ELH

Bryan Andrew Jennings

Defendant

### MOTION TO HAVE PENDING MATTER DEEMED ABATED BY DEATH

Defendant, by and through undersigned counsel, hereby files this Motion to Have Matter

Deemed Abated by Death and states as follows:

1.          On August 9, 2020, defense counsel learned by email from the

            Defendant's family that the Defendant had died from an apparent overdose

            on August 7, 2020

2.          The attached copy of the U.S. Probation and PreTrial Services

            Memorandum, attached hereto as Exhibit 1, further confirms this

            information.

Wherefore, Defendant through counsel requests that this matter be deemed "Abated by

Death."

        /s/ Robert L. Kline, III                                          8/18/20
Robert L. Kline, III, Esquire, #4357                             Date
Attorney for Defendant
Bryan Andrew Jennings
5 Public Square, Suite #200
Hagerstown, MD  21740
Telephone:      240-347-4944
Facsimile:      443-773-3316
E-Mail:         klinelawgroupllc@gmail.com


## CERTIFICATE OF SERVICE


        I hereby certify that on August 18, 2020 I reviewed the Court's CM/ECF System and it reports that an electronic copy of the Motion to Have Pending Matter Abated by Death and proposed order will be served electronically by the Court's CM/ECF system on the following:

    Michael C. Hanlon      michael.hanlon@usdoj.gov, CaseView.ECF@usdoj.gov, clara.forrest@usdoj.gov, USAMD.ECF@usdoj.gov


                                        /s/ Robert L. Kline, III
                                        Robert L Kline, III