United States District Court
For the District of Maryland

United States of America

v.                                                          Case No. 1:19:CR:00412 ELH

Bryan Andrew Jennings

Defendant

ORDER GRANTING MOTION TO HAVE MATTER DEEMED ABATED BY DEATH

Upon consideration of the Motion to Have Matter Deemed Abated by Death, and for other good cause shown, it is by the United States District Court for the District of Maryland hereby

ORDERED, that the Motion to have Matter Deemed Abated by Death be and hereby is GRANTED; and it is further

ORDERED, that the above matter be and hereby is "Abated by Death."

*Ellen L. Hollander*
U.S.D.J.                      8/31/20

END OF ORDER